JUSTICE BLACKMUN, with whom JUSTICE BRENNAN joins, dissenting.

In view of the presence in the courtroom throughout the trial of a substantial number of uniformed guards (up to as many as 45) and the trial court's denial of petitioner's request to clear the courtroom of uniformed spectators, and the failure of the Supreme Court of Florida in its opinion, see 490 So. 2d 24, 26–27 (1986), even to cite this Court's then recent decision in *Holbrook* v. *Flynn*, 475 U. S. 560 (1986), I would grant the petition for certiorari, vacate the judgment below, and remand the case to the Supreme Court of Florida for reconsideration in light of *Holbrook*.

No. 86–5548 (A–334). VANWOUDENBERG *v.* OKLAHOMA. Ct. Crim. App. Okla. Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay and the petition for writ of certiorari and would vacate the death sentence in this case.

No. 86–5591. INGRAM *v.* UNITED STATES. C. A. 4th Cir. Motion of petitioner to defer consideration of the petition for writ of certiorari denied. Certiorari denied.

No. 85–2080. GRACE *v.* HEARTLAND TRANSPORTATION, INC., *ante*, p. 825;

No. 85–2081. IN RE GRACE, *ante*, p. 810;

No. 85–2082. IN RE GRACE, *ante*, p. 809;

No. 85–6575. GUTHRIE *v.* SOWDERS, WARDEN, *ante*, p. 830;

No. 85–7000. DAVIDSON *v.* MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, *ante*, p. 836;

No. 85–7010. KING *v.* ILLINOIS, *ante*, p. 872;

No. 85–7225. IN RE MCDONALD, *ante*, p. 809;

No. 86–5031.   STONER v. REES, WARDEN, *ante*, p. 857;

No. 86–5045.   SMITH v. MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, *ante*, p. 857;

No. 86–5053.   PENA-PEREZ v. LOUISIANA STATE BAR ASSN., *ante*, p. 858; and

No. 86–5248.   DACE v. SOUTH DAKOTA ET AL., *ante*, p. 867. Petitions for rehearing denied.   JUSTICE SCALIA took no part in the consideration or decision of these petitions.

NOVEMBER 12, 1986

No. 85–1623.   ISLAMIC REPUBLIC OF IRAN ET AL. v. BOEING CO. ET AL.   C. A. 9th Cir.   Certiorari dismissed under this Court's Rule 53.

NOVEMBER 17, 1986

No. 86–5576.   ALLEN v. DEPARTMENT OF HUMAN RESOURCES. Appeal from Super. Ct. Ga., Baldwin County, dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–1011.   UNITED STATES v. HARRIS ET UX.   C. A. 11th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *O'Connor* v. *United States*, *ante*, p. 27.

No. — – ——.   CANE v. SOWDERS, WARDEN.   Motion to proceed *in forma pauperis* without submitting an affidavit in support thereof granted.

No. A–176 (86–5387).   LAFRAMBOISE v. ALASKA.   Ct. App. Alaska.   Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied.